```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF HAWAII

GUILLERMO CANLAS,                  )   CIVIL NO. 15-00016 HG-RLP
                                   )
           Plaintiff,              )   FINDINGS AND RECOMMENDATION TO
                                   )   DISMISS THIS ACTION WITHOUT
     vs.                           )   PREJUDICE
                                   )
UNITED STATES PACIFIC FLEET,       )
ET AL.,                            )
                                   )
           Defendants.             )
                                   )
```

## FINDINGS AND RECOMMENDATION TO
## DISMISS THIS ACTION WITHOUT PREJUDICE[1]

On May 20, 2015, this Court issued a Deficiency Notice and Order Regarding Service of Defendants. ECF No. 7. In that order, the Court gave notice to Plaintiff that she must serve her Complaint upon Defendants no later than June 19, 2015, and that failure to do so may result in dismissal of this action for failure to prosecute or otherwise follow a court order. See Fed. R. Civ. P. 41(b); Fed. R. Civ. P. 4(m); see also In re Sheehan, 253 F.3d 507, 513 (9th Cir. 2001) (stating that the court has broad discretion under Rule 4(m) to extend the time for service or to dismiss the action without prejudice).

---

[1] Within fourteen days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1)(B), file written objections in the United States District Court. A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation. If no objections are filed, no appellate review will be allowed.

Since that time, Plaintiff has not filed a return of service indicating that Plaintiff has effected service. Based on the docket, Plaintiff has not effected service of the Complaint or summons as required under Rule 4(i) of the Federal Rules of Civil Procedure. Accordingly, the Court FINDS AND RECOMMENDS that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO FOUND AND RECOMMENDED.

DATED: HONOLULU, HAWAII, JULY 6, 2015.

/s/ Richard L. Puglisi
Richard L. Puglisi
United States Magistrate Judge

**CANLAS V. UNITED STATES PACIFIC FLEET, ET AL.; CIVIL NO. 15-00016 HG-RLP; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**