IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GUILLERMO CANLAS, | ) | CIVIL NO. 15-00016 HG-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES PACIFIC | ) | |
| FLEET, UNITED STATES | ) | |
| PACIFIC COMMAND; ET AL. | ) | |
| | ) | |
| Defendants. | | |

_____

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 8)

Findings and Recommendation having been filed and served on all parties on July 07, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss This Action Without Prejudice (ECF No. 8) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: January 27, 2015, Honolulu, Hawaii.



    /s/ Helen Gillmor
Helen Gillmor
United States District Judge